# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

131295

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RONALD DALE McBRIDE, JR.,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131295
COA: 259326
Bay CC: 03-010747

_____/

On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk

11018